ChoicePoint

Free Addiction Treatment Evaluation

CALL TODAY | 844.445.2565

Home About Location Addiction Treatment Mental Health Psychiatry

Admissions Partners Blog

Get Started For FREE

Fir... Las... Pho... +1 E-... St...

Send

This Privacy Policy was last modified on 09/08/2022

This Privacy Policy applies to your use of choicepointhealth.com (the "site") and the terms "we" or "us" or "our" in this privacy policy refers to the site choicepointhealth.com. This privacy policy is about how we collect your information, what type of information we collect automatically and what information we can't collect until the user gives it to us, how we use this information, how users can access their information, how users can ask for delete, change, copy or inspect their personal information, policy for third party links, security of personal information and contact us information if you need to know more about our privacy policy.

# How we collect personal information

### Information we collect automatically:

We use cookies to collect some user information automatically that may include information about your IP address, browser type, geographic location, device type, and other technical information. Collecting this information enables us to better understand the visitors who come to our Site, where they come from, and what content on our Site is of interest to them

### Information that you provide to us:

We may ask you to provide personal information that we can't collect automatically. Such information includes but is not limited to your name, e-mail address, mailing address, phone number or business name, and other such credentials that are necessary to authenticate users, validate user actions or communicate with users. You provide us such information when you desire to contact us, fill up a survey form, go through a self-assessment test or call us to get some information.

# Policy for contact information

### Policy for emails:

If you supply us with your email address online you may receive periodic mailings from us with information on new products and services or upcoming events. If you do not wish to receive such mailings, please let us know by calling us. Please provide us with your exact name and email address. We will be sure your name is removed from the list. We also use the unsubscribe button if any one wishes not to receive emails from us.

### Policy for phone numbers

Persons who supply us with their telephone numbers online may receive telephone contact from us with information regarding new products and services or upcoming events. If you do not wish to receive such telephone calls, please let us know by sending us an e-mail or call. Please provide us with your name and phone number.

### Ads policy:

With respect to Ad Servers: We do not partner with or have special relationships with any

ad server companies.

# How we use personal information:

From time to time, we may use customer information for new, unanticipated uses not previously disclosed in our privacy notice. If our information practices change at some time in the future we will post the policy changes to our Website to notify you of the changes made and will provide you with the ability to opt-out of these new uses. If you are concerned about how your information is used, you should check back at our Website periodically.

We may use your personal information to provide services to you, improve our services, identify and authenticate your access to the Website and its services, or connect you to a Provider.

We don't sell, trade, or give away your personal information to anyone.

We may share your data and/or content if We believe that disclosure is reasonably necessary to comply with a law, regulation, valid legal process (e.g., Court orders or warrants served on us), or governmental or regulatory request, to enforce or apply the Terms of Service, to protect the security or integrity of the Website, and/or to protect the rights, property, or safety of the general population, its employees, users, or others.

## How users can access their information

Upon request, we provide site visitors with access to contact information (e.g., name, address, phone number) that we maintain about them. Consumers can access this information by writing to us at info@choicepointhealth.com.

## Users' rights to the information that they provided to us

Customers may prevent their information from being used for purposes other than those for which it was originally collected by calling us at the number provided above.

Users can ask to delete their personal information that includes personal emails, phone numbers, business names. To do so, users should give us a call or send an email. We'll delete the user information from our record.

### Submit, access, inspect, copy, change, or remove your information

If you would like to access, correct, amend, remove, obtain a copy, or limit the use of any personal identification information about you that has been collected and stored by ChoicePoint Health, please contact us.

# Policy for cookies

We may use cookies that enable us to recognize your browser information, tour demographic location, and remember such information for your future visits to our site.

We may use third-party cookies that help us better understand the user preferences or how users interact with different pages of our site.

Currently, we are using Google Analytics that helps us automatically record user information. information about your IP address, browser type, geographic location, device type, and other technical information. Collecting this information enables us to better understand the visitors who come to our Site.

# Policy For Retargeting

We use Google Analytics' 3rd-party audience data such as age, gender, and interests to better understand the behavior of our customers and work with companies that collect information about your online activities to provide advertising targeted to suit your interests and preferences. For example, you may see certain ads on this website or other websites because we contract with Google and other similar companies to target our ads based on information we or they have collected, including information that was collected through automated means (such as cookies and web beacons).

ChoicePoint uses 3rd party vendor remarketing tracking cookies, including the Google Adwords tracking cookie. This means we will continue to show ads to you across the internet, specifically on the Google Content Network (GCN). As always we respect your privacy and are not collecting any identifiable information through the use of Google's or any other 3rd party remarketing system.
The third-party vendors, including Google, whose services we use – will place cookies on

web browsers in order to serve ads based on past visits to our website. – Third party vendors, including Google, use cookies to serve ads based on a user's prior visits to your website. This allows us to make special offers and continue to market our services to those who have shown interest in our service.

# Linking to Other Sites

We may provide links to third-party sites. If you follow links to sites not affiliated or controlled by us, you should review their privacy and security policies and other terms and conditions, as they may be different from this Site. We do not guarantee and are not responsible for the privacy or security of these sites, including the accuracy, completeness, or reliability of their information.

# Disclaimer Statement:

The information, including but not limited to text, graphics, images, and other material contained on this website, are for informational purposes only. No material on this site is intended to substitute for professional medical advice, diagnosis, or treatment. Always seek the advice of your physician or other qualified health care provider with any questions you may have regarding a medical condition or treatment and before undertaking a new health care regimen, and never disregard professional medical advice or delay in seeking it because of something you have read on this website. ChoicePoint makes no representation and assumes no responsibility for the accuracy of the information contained on or available through this website, and such information is subject to change without notice.

# Security:

With respect to security: We have appropriate security measures in place in our physical facilities to protect against the loss, misuse, or alteration of information that we have collected from you at our site. To protect Personal Information from unauthorized access and use, we use security measures that comply with applicable federal and state laws.

If you feel that this site is not following its stated information policy, you may contact us

at the above addresses or phone numbers.

# Contact us:

If you want to learn about our privacy policy then please give us a call at 844.445.2565. or email us at this email address: info@choicepointhealth.com

ChoicePoint

**Treatment** the Way You Need It

844.445.2565

CONTACT US

VERIFY YOUR INSURANCE

ChoicePoint Resources

Home

About ChoicePoint

Blog

Addiction Treatment Programs

Addiction Therapy Services

Admissions & Scheduling

Admissions & Scheduling

Admissions & Scheduling

Insurance Verification

Referring Professionals

Free Addiction Treatment Evaluation

Contact

23-00 Rt. 208
Suite 2-9
Fair Lawn, NJ 07410

844.445.2565

Social

Admissions & Scheduling

Admissions & Scheduling

Insurance Verification

Referring Professionals

Free Addiction Treatment Evaluation

Addiction Treatment Programs

Addiction Treatment Programs

Telehealth Addiction Treatment Program

Medication-Assisted Addiction Treatment

Addiction Therapy Services

Addiction Therapy Services

Cognitive-Behavioral Therapy Program

Dialectical Behavior Therapy Program

Location

New Jersey

New York

Pennsylvania

Montana

Program

Intensive Outpatient Addiction Treatment Program

Detox Addiction Treatment Program

Expecting Mothers Addiction Treatment Program

Veterans Addiction Treatment Program

Student Addiction Treatment Program

Criminal Justice Addiction Treatment Program

Individual Therapy Program

Group Therapy Program

Family Therapy Program

Dual Diagnosis Treatment Program

We Accept
Insurance

Medicaid NJ

Medicare NJ

Optum
Health NJ

WellCare NJ

Horizon
Blue Cross
Blue Shield

Aetna NJ

Cigna NJ

© 2021 ChoicePoint | New Jersey Addiction Treatment Centers | Privacy Policy | Sitemap | Medical Advice Disclaimer | HIPAA Notice | Terms of Use | Editorial Policy