UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

I.T., et al.,

Plaintiff(s),

v.

CHOICEPOINT LLC d/b/a CHOICEPOINT HEALTH,

Defendant(s).

CASE NO. C25-00193

ORDER GRANTING MOTION TO ALTER THE SCHEDULING ORDER

Before the Court is Plaintiffs I.T., A.K., S.R., and M.G.'s Motion to Alter the Scheduling Order. Good cause appearing therefor, Plaintiffs' Motion is **GRANTED** (Dkt. No. 35). The deadlines for the Parties shall be altered as follows:

| **Event** | **Current Date** | **New Deadline** |
|---|---|---|
| Plaintiffs' Class Certification Motion | 10/5/2026 | 12/28/2026 |
| Defendant's Opposition to Class Certification Motion | 11/5/2026 | 1/28/2027 |
| Plaintiffs' Reply in Support of Class Certification Motion | 12/5/2026 | 2/27/2027 |

The Court defers setting a date certain for the class certification motion hearing at this time. The parties shall indicate in their class certification briefing whether they request oral argument.

In addition, Defendant shall meet and confer with Plaintiffs within seven (7) days of the date of this Order for the purpose of facilitating next steps in the discovery process. The parties

are reminded that the Court expects the highest level of civility and cooperation among counsel appearing before it.

The class-certification briefing deadlines set forth in the Court's prior scheduling order (Dkt. No. 34) are VACATED. All other deadlines in that order (Dkt. No. 34) remain in effect.

Dated this 2nd day of October, 2026.

Kymberly K. Evanson
United States District Judge